UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00178

**ManhattanLife Insurance and Annuity Company et al.,**
*Plaintiffs,*

v.

**United States Department of Health and Human Services et al.,**
*Defendants.*

# ORDER

Plaintiffs' counsel Brenna E. Jenny moves to withdraw as attorney of record in this matter because she is no longer with the law firm representing plaintiffs. Doc. 41. Cody Akins will continue to represent plaintiffs. The court grants the motion (Doc. 41). The clerk of court shall remove Jenny from the docket.

*So ordered by the court on June 18, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -